IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-14-D

| | | |
|---|---|---|
| GEORGE COOPER, SR. and GEORGE COOPER, JR., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| BRUNSWICK COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) ) | |
| Defendants. | ) | |

This case is before the court on defendants' motion (D.E. 73) to excuse defendant James Sheehan ("Sheehan") from in-person attendance at the settlement conference scheduled for 20 November 2012 (*see* D.E.66). Defendant Carlisle, the only other remaining defendant, and a representative of defendants' insurance adjuster will be in attendance. Good cause having been shown, the motion is ALLOWED. Sheehan need not appear in person at the settlement conference but shall be available by telephone during the conference, if possible.

SO ORDERED, this the 19 day of November 2012.

_____
James E. Gates
United States Magistrate Judge